UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

LOCAL 17, INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, AFL-CIO,

      Plaintiff,                        CASE NO. 17-13156
                                            HON. TERRENCE G. BERG

v.

STATE LINE CONSTRUCTION AND
MAINTENANCE LLC ,

      Defendant.
_____/

**CONSENT ORDER DISMISSING CASE WITH PREJUDICE**

      PRESIDING: Honorable TERRENCE G. BERG, United States District Judge

      The parties having entered into a Settlement Agreement, the Court having previously entered a Consent Order Dismissing Case Without Prejudice, et al.; the parties having complied with the Settlement Agreement and having consented to the entry of this Order; and the Court being fully advised;

      IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs to either party.

DATED: December 8, 2020        /s/Terrence G. Berg_____
                                          UNITED STATES DISTRICT JUDGE